IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, a political subdivision of THE STATE OF OKLAHOMA<br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>CATHERINE LHAMON, in her official Capacity as Assistant Secretary for Civil Rights, Department of Education,<br><br>RANDOLPH WILLS, in his official Capacity as Deputy Assistant Secretary for Enforcement, Department of Education<br>    Defendants. | Cause No.: CIV-24-459-JD |

## PLAINTIFF'S RESPONSE AND PROOF OF COMPLIANCE WITH ORDER

Comes now the Plaintiff, Oklahoma State Department of Education, a political subdivision of the State of Oklahoma, and respectfully submits this response to the Court's Order (Dkt. 13) regarding service of process upon Defendants and providing proofs of service in the attached Exhibits 1-15, whereby Plaintiff has complied with the Court's Order. Plaintiff also acknowledges the reference in the Court's Order to the related or companion case, State of Oklahoma v. Cardona, Case No. 24-CV-461-JD (W.D. OK),

which would seem to render the requirement of notice of related or companion cases under LCvR3.7 either accomplished or moot.

## PRAYER

WHEREFORE, Plaintiff prays that this Court find that dismissal is not necessary.

*/s/ Shannon D. Smith*
Shannon D. Smith, OBA #17346
Michael T. Beason, OBA #18535
Deputy General Counsel for the Oklahoma State Department of Education
2500 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105
Telephone: 405.522.2424
Email:
shannon.smith@sde.ok.gov
michael.beason@sde.ok.gov
Attorneys for the Plaintiff, Oklahoma State Department of Education