IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, a political subdivision of the State of Oklahoma,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; MIGUEL CARDONA, in his official capacity as the Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; CATHERINE LHAMON, in her official capacity as Assistant Secretary for Civil Rights, Department of Education; and RANDOLPH WILLS, in his official capacity as Deputy Assistant Secretary for Enforcement, Department of Education,<br><br>Defendants. | Case No. CIV-24-00459-JD |

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 16th day of January 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE